■ STEPHEN COLLINS, Respondent, v EBASCO CONSTRUCTORS, INC., et al., Appellants. (And Other Actions.) EBASCO CONSTRUCTORS, INC., Second Fourth-Party Plaintiff-Appellant, v UNIT BUILDERS, INC., Second Fourth-Party Defendant and Third Fourth-Party Plaintiff-Respondent. TRIGEN ENERGY CORP. et al., Third Fourth-Party Defendants-Respondents, et al., Third Fourth-Party Defendants. [699 NYS2d 285] —Orders, Supreme Court, New York County (Lorraine Miller, J.), entered February 26, 1999 and May 19, 1999, respectively, unanimously affirmed for the reasons stated by Miller, J., without costs or disbursements, and the stay of the trial previously granted by this Court vacated. No opinion. Concur—Ellerin, P. J., Tom, Rubin, Andrias and Buckley, JJ.